

**Charles A. Ross & Associates, LLC**
Trusted Legal Defense
New York • Miami

**Charles A. Ross**
**Founding Partner**
Direct Dial: 212.616.3032
Direct Fax: 212.616.3031
cross@charlesrosslaw.com

March 6, 2012

**FILED VIA ECF**

Honorable Arthur D. Spatt
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722-9014

        Re:    <u>United States v. Slava Volman, et al.</u>
                04 Cr. 455 (ADS)

Dear Judge Spatt:

        As you are aware, we represent Slava Volman in the above-referenced matter. Mr. Volman is scheduled to be sentenced by Your Honor on March 23, 2012.

        At this time we are requesting, with the consent of Assistant United States Attorney James McGovern, that Mr. Volman's sentence be adjourned until mid May to allow counsel time to finish preparing the sentencing memorandum and present an alternative sentencing package to the Court.

        Thank you for your consideration.

                              Respectfully submitted,

                              Charles A. Ross

cc:    James McGovern, AUSA
       Via Electronic Mail

Trinity Centre, Suite 1401, 111 Broadway, New York, NY 10006 • 212-616-3030 Main • 212-616-3031 Fax
www.charlesrosslaw.com